CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

OCT -4  PM 3: 35

DEPUTY CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Petitioner, | § | **2-10CV-235-J** |
| | § | |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| TRACE WAYNE TURNER | § | |
| Respondent, | § | |

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States

Attorney for the Northern District of Texas, and applies to this Honorable Court for an

Order requiring Trace Wayne Turner (hereinafter, Respondent), to appear and give

testimony and produce certain books, records and papers as more fully set out in Exhibit

A attached hereto, relating to the collection of the tax liability of Respondent, as

requested by the summons issued pursuant to Section 7602 of the Internal Revenue Code

by Revenue Officer Jolaine Montana, an authorized delegate of the Secretary of the

Treasury and of the Commissioner of Internal Revenue, to Respondent, on June 18, 2010,

and Petitioner would respectfully show as follows:

I.

Respondent resides at 3401 S. Austin Street, Amarillo, Texas 79109.

II.

Jurisdiction is conferred on this Court by Section 7604(a) of the Internal Revenue

Code (26 U.S.C. § 7604(a)).

III.

On June 21, 2010, Revenue Officer Jolaine Montana, an authorized delegate of the Secretary of the Treasury and of the Commissioner of Internal Revenue, pursuant to Section 7603 of the Internal Revenue Code, served a summons, a copy of which is attached hereto and made a part hereof and marked Exhibit A, requiring Respondent to appear and give testimony and produce certain books, records and papers relating to the collection of the tax liability of Respondent, at 7201 I-40 West, Suite 105, Amarillo, Texas 79106 on July 12, 2010, at 9:00 A.M., by leaving an attested copy of the summons at 3401 S. Austin Street, Amarillo, Texas, the last and usual place of abode of Respondent as evidenced in the Certificate of Service on the reverse side of the summons.

IV.

On July 12, 2010, at 7201 I-40 West, Suite 105, Amarillo, Texas, the place specified in the summons, Respondent did not comply with the requirements of the summons as described in Exhibit A.

V.

Previous to the issuance of the summons described above and attached hereto as Exhibit A, the representatives of the Internal Revenue Service had attempted to secure information from the Respondent with which to investigate the collection of the federal tax liability of Respondent for Form 940 for the taxable period ending December 31, 2008; and for Form 941 for the quarterly taxable periods ending: September 30, 2008; December 31, 2008; March 31, 2009; June 30, 2009; and September 30, 2009. The summons attached hereto as Exhibit A was therefore issued under Section 7602 of the Internal Revenue Code. Respondent has refused to comply to date with the summons.

VI.

Attached hereto as Exhibit B is the Declaration of Revenue Officer Jolaine Montana, attesting to the facts recited herein and showing that, upon information and belief, the documents and testimony sought are relevant and necessary to properly investigate the collectability of: Form 940 for the taxable period ending December 31, 2008; and Form 941 for the quarterly taxable periods ending: September 30, 2008; December 31, 2008; March 31, 2009; June 30, 2009; and September 30, 2009.

VII.

The summons, which is the subject matter of this action, was issued for a legitimate purpose, pursuant to the Internal Revenue Code, seeks information relevant for that purpose, and seeks testimony and documents which are not presently in the possession of the Internal Revenue Service. The summons was issued in compliance with all applicable statutes, rules and regulations, and there is no "Justice Department referral" in effect with respect to Respondent or any person whose tax liability is at issue, pursuant to said summons, for the tax years in question as that term is defined in 26 U.S.C. § 7602(c).

WHEREFORE, the United States of America, Petitioner, respectfully prays:

(a)    That this Court issue an Order forthwith directing the Respondent to appear before this Court at such time as may be fixed by the court to show cause, if any, why an order should not issue directing and commanding the Respondent to appear before an Officer of the Internal Revenue Service at such time and place as the court may order and to give such testimony and produce such records for inspection and copying as requested in the summons attached hereto as Exhibit A.

(b)     That at the time of said hearing the court shall issue an order directing and commanding the said Respondent to appear before the Secretary of the Treasury or his delegate at such time and place as this Court may order and the Respondent be required to give such testimony and produce such records as requested in the summons attached hereto as Exhibit A.

(c)     That the said Order to Show Cause shall also provide that service of such order together with a copy of this Petition and the attached Exhibits thereto may be made by an Agent of the Internal Revenue Service or by the United States Marshal for the Northern District of Texas or any of his Deputies.

(d)     That Petitioner shall have its costs of suit and such other and further relief as may be necessary or appropriate.

Respectfully submitted,

JAMES T. JACKS
United States Attorney

D. GORDON BRYANT JR.
Assistant United States Attorney
Amarillo National's Plaza/Two
500 S. Taylor, Suite 300
Lobby Box 238
Amarillo, Texas  79101-2442
Tel.     806.324.2356
Fax      806.324.2399
Email:  gordon.bryant@usdoj.gov
Texas State Bar No. 03274900



# Summons

## Collection Information Statement

**In the matter of** TRACE WAYNE TURNER, 3401 S AUSTIN ST, AMARILLO, TX 79109-4807
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 5 (25)
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** TRACE WAYNE TURNER
**At:** 3401 S AUSTIN ST, AMARILLO, TX 79109-4807

You are hereby summoned and required to appear before JOLAINE L MONTANA, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2010  To 05/31/2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

7201 I-40 WEST STE 105, AMARILLO, TX 79106-2634 (806) 359-2150x243

**Place and time for appearance: At** 7201 I-40 WEST STE 105, AMARILLO, TX 79106-2634



on the 12th day of July, 2010 at 9:00 o'clock a.m.

**Issued under authority of the Internal Revenue Code this** 18th **day of** June, 2010

**Department of the Treasury**
**Internal Revenue Service**
**www.irs.gov**
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

JOLAINE L MONTANA _Jolaine Montana_ REVENUE OFFICER
Signature of issuing officer                                   Title

Signature of approving officer *(if applicable)*        **EXHIBIT**        Title

A

**Original -- to be kept by IRS**



# Certificate of
# Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date 6/21/2010 | Time 4:20 p.m. |
|---|---|

**How**        ☐   I handed an attested copy of the summons to the person to whom it was directed.

_____

**Summons**   _____

**Was**        ☒   I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.  I left the copy with the following person *(if any)*.

**Served**   _____

daughter- Brittney Turner 18 yrs old

| Signature  JoLaine Montana | Title  Revenue Officer |
|---|---|

**I certify that the copy of the summons served contained the required certification.**

| Signature  JoLaine Montana | Title  Revenue Officer |
|---|---|

Catalog No. 25000Q

Form 6637 (Rev. 10-2006)

## Attachment 1 to Summons Form 6637

In the matter of **TRACE WAYNE TURNER**

Period information: Form 940 for the calendar period ending December 31, 2008 and Form 941 for the quarterly periods ending September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009 and September 30, 2009

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and | ) | |
| | ) | |
| **Petitioner** | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| Trace Wayne Turner, Owner | ) | |
| | ) | |
| **Respondent.** | ) | |

## DECLARATION

JOLAINE L MONTANA declares:

1.      I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division Gulf States Compliance Area of the Internal Revenue Service at 7201 I-40 WEST STE 105, AMARILLO, TX 79106-2634.

2.      In my capacity as a revenue officer I am conducting an investigation for the collection of tax liability of TRACE WAYNE TURNER for the taxable period(s) ended: 941's - 09/30/2008, 12/31/2008, 03/31/2009, 06/30/2009,  09/30/2009 and 940 - 12/31/2008 .

3.      In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on 06/18/2010, an administrative summons, Internal Revenue Service Form 6637, to Trace Wayne Turner, to give testimony and to produce for examination books, papers, records, or other data as described in said summons.  The summons is attached to the petition as Exhibit A.

4.      In accordance with Section 7603 of Title 26, U.S.C., on 06/21/2010, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3)

**EXHIBIT**

**B**

above on the respondent, Trace Wayne Turner, by leaving a copy at last and usual place of abode, as evidenced in the certificate of service on the reverse side of the summons.

5.      On 07/12/2010, the respondent Trace Wayne Turner, did not appear in response to summons.  The respondent's refusal to comply with the summons continues to the date of this declaration.

6.      The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7.      All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8.      It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liability of TRACE WAYNE TURNER for the taxable period(s)  ended 941's - 09/30/2008, 12/31/2008, 03/31/2009, 06/30/2009, 09/30/2009 and 940 - 12/31/2008.


I declare under penalty of perjury that the foregoing is true and correct.


Executed this 16th day of July , 2010

JOLAINE L MONTANA, REVENUE

OFFICER

2

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | TRACE WAYNE TURNER |

| (b) County of Residence of First Listed Plaintiff _____ <br> (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant   Randall <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE <br> LAND INVOLVED. |
|---|---|

| (c) Attorney's (Firm Name, Address, and Telephone Number) <br> D. Gordon Bryant, Jr., USAO, 500 S. Taylor, LB 238, Suite 300, <br> Amarillo, Texas 79101, Tel. 806.324.2356 | Attorneys (If Known) |
|---|---|

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers' Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury | **PERSONAL INJURY** <br> ☐ 362 Personal Injury - Med. Malpractice <br> ☐ 365 Personal Injury - Product Liability <br> ☐ 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability | ☐ 610 Agriculture <br> ☐ 620 Other Food & Drug <br> ☐ 625 Drug Related Seizure of Property 21 USC 881 <br> ☐ 630 Liquor Laws <br> ☐ 640 R.R. & Truck <br> ☐ 650 Airline Regs. <br> ☐ 660 Occupational Safety/Health <br> ☐ 690 Other <br> **LABOR** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt.Reporting & Disclosure Act <br> ☐ 740 Railway Labor Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 840 Trademark <br> **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br> **FEDERAL TAX SUITS** <br> ☒ 870 Taxes (U.S. Plaintiff or Defendant) <br> ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 490 Cable/Sat TV <br> ☐ 810 Selective Service <br> ☐ 850 Securities/Commodities/ Exchange <br> ☐ 875 Customer Challenge 12 USC 3410 <br> ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 892 Economic Stabilization Act <br> ☐ 893 Environmental Matters <br> ☐ 894 Energy Allocation Act <br> ☐ 895 Freedom of Information Act <br> ☐ 900 Appeal of Fee Determination Under Equal Access to Justice <br> ☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ Accommodations <br> ☐ 444 Welfare <br> ☐ 445 Amer. w/Disabilities - Employment <br> ☐ 446 Amer. w/Disabilities - Other <br> ☐ 440 Other Civil Rights | **PRISONER PETITIONS** <br> ☐ 510 Motions to Vacate Sentence <br> **Habeas Corpus:** <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition | **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 463 Habeas Corpus - Alien Detainee <br> ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 USC Section 7602
Brief description of cause:
Enforcement of IRS summonses

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

| DATE <br> 09/24/2010 | SIGNATURE OF ATTORNEY OF RECORD <br> D. Gordon Bryant, Jr. |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|